UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| HAUCK MANUFACTURING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:03-CV-166 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ASTEC INDUSTRIES, INC., ) | |
| ASTEC, INC., BRUCE IRWIN, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

For the reasons stated in the accompanying memorandum, the Court hereby **GRANTS** Defendants' joint motion to exceed the page limit (Court File No. 347), **GRANTS** Defendants Astec Industries, Inc., and Astec, Inc.'s motion to file a late exhibit (Court File No. 349), **GRANTS IN PART** Plaintiff Hauck Manufacturing Company's motion for a new trial (Court File No. 329) with respect to the intentional, fraudulent, malicious, and/or reckless nature of Defendant Bruce Irwin's breach of his duty of loyalty to Plaintiff Hauck Manufacturing Company but **DENIES IN PART** Plaintiff Hauck Manufacturing Company's motion for a new trial (Court File No. 329) with respect to its claims for misappropriation of trade secrets, tortious interference with contract, and unlawful procurement of breach of contract. Further, the Court **ORDERS** Plaintiff Hauck Manufacturing Company and Defendant Bruce Irwin to file additional briefs within ten (10) days of the entry of this Order stating their respective positions as to the sustainability of the jury's answers to Questions 4 and 13 on the verdict form and what, if any, issues relating to those questions should be submitted

to a new trial. Following the filing of initial briefs, the parties shall have an additional seven (7) days in which to file a response to the opposing party's brief.

**SO ORDERED.**

**ENTER.**

                                                  **/s/**
                              **CURTIS L. COLLIER**
                              **UNITED STATES DISTRICT JUDGE**

2

Case 1:03-cv-00166  Document 387  Filed 07/12/05  Page 2 of 2  PageID #: 2631